BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE ENRIQUE VELARDES ZAZEUTA, *et al.*, <br><br> Defendants. | CASE NO. 2:13-CR-00227 GEB <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants Jose Enrique Velardes Zazueta, Francisco Parra Arrellanez, Jovany Romo Arrellanes, Yu Nung Chen, and Efrain Padilla Pena, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 27, 2013.

2. By this stipulation, defendant now moves to continue the status conference until November 15, 2013 and to exclude time between September 27, 2013 and November 15, 2013 under Local Code T4. The United States does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports previously produced to defendants numbering approximately 80 pages.

Stipulation and Proposed Order re
Excludable Time

1

Further, the United States anticipates that wiretaps and supporting applications for authorization for wiretaps will be made available to defendants within the next week.

  b) Counsel for defendants desire additional time to consult with their client, to conduct investigation and research related to the charges, to review and copy discovery for this matter, and to discuss potential resolutions with their clients.

  c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The United States does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 27, 2013 to November 15, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

 4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | Dated: September 23, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| 3 | | |
| 4 | | */s/ Todd A. Pickles*<br>TODD A. PICKLES<br>Assistant United States Attorney |
| 5 | | |
| 6 | Dated: September 25, 2013 | */s/ Todd A. Pickles for*<br>VICTOR SHERMAN, ESQ. |
| 7 | | |
| 8 | | Counsel for Defendant Jose Enrique Velardes Zazueta |

Dated: September 25, 2013   */s/ Todd A. Pickles for*
TIMOTHY WARRINER, ESQ.

Counsel for Defendant Francisco Parra Arrellanez

Dated: September 25, 2013   */s/ Todd A. Pickles for*
DINA SANTOS, ESQ.

Counsel for Defendant Jovany Romo Arrellanes

Dated: September 25, 2013   */s/ Todd A. Pickles for*
RICKY POON, ESQ.

Counsel for Defendant Yu Nung Chen

Dated: September 25, 2013   */s/ Todd A. Pickles for*
RICHARD DUDEK, ESQ.

Counsel for Defendant Efrain Padilla Pena

IT IS SO FOUND AND ORDERED.

Dated: September 26, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation and Proposed Order re Excludable Time

3